```
 1 │ BARRY J. PORTMAN
   │ Federal Public Defender
 2 │ JOSH COHEN
   │ Assistant Federal Public Defender
 3 │ 19th Floor Federal Building
   │ 450 Golden Gate Avenue
 4 │ San Francisco, CA 94102
   │ Telephone: (415) 436-7700
 5 │
   │ Counsel for Defendant MARTIN
 6 │
 7 │
 8 │           IN THE UNITED STATES DISTRICT COURT
 9 │          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10 │
11 │ UNITED STATES OF AMERICA,      )   No. CR-00-0478 CRB
   │                                )
12 │            Plaintiff,           )   [PROPOSED] ORDER MODIFYING
   │                                )   CONDITIONS OF SUPERVISED
13 │       v.                        )   RELEASE
   │                                )
14 │ MARCUS MARTIN,                 )
   │                                )
15 │            Defendant.           )
   │                                )
16 │
```

17  Defendant Marcus Martin having appeared before this Court on April 11, 2007 and

18  admitted the violation alleged in the Form 12 filed by United States Probation on February 13,

19  2006, it is hereby ordered that the defendant's conditions of supervised release shall be modified

20  as follows: The defendant shall participate in residential drug treatment at Delancey Street for a

21  period of 24 months, as directed by United States Probation. All other conditions of supervised

22  release shall remain in effect.

23  The parties shall appear for further proceedings on April 16, 2008 at 2:15 PM.

24  IT IS SO ORDERED.

25  Dated: April 12, 2007

26  _____
    CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]*

CR-00-0478 CRB                              1