1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant MARTIN
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )   No. CR-00-0478 CRB
                                        )
12              Plaintiff,               )   [PROPOSED] RELEASE ORDER
                                        )
13       v.                             )
                                        )
14 MARCUS MARTIN,                       )
                                        )
15              Defendant.              )
   _____)
16

17       This Court having modified defendant Marcus Martin's conditions of supervised release

18 to require that he participate in residential drug treatment, it is hereby ordered that the defendant

19 shall be released from the custody of the United States Marshals Service forthwith.

20       IT IS SO ORDERED.

21 Dated:   April 12, 2007
                                              _____
22                                            CHARLES R. BREYER
                                              UNITED STATES DISTRICT JUDGE

23

24

25

26

CR-00-0478 CRB                               1